IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FFP Holdings, LLC, et al.,            Case No. 3:14 CV 2289

           Plaintiffs,          O R D E R

       -vs-                  JUDGE JACK ZOUHARY

Charles Moeller, et al.,

           Defendants.

This Court held an initial Status Phone Conference on November 26, 2014. Counsel present: Kathleen Anderson for Plaintiffs; Michael Rumer and Victoria Maisch Rumer for Defendant Charles Moeller; and James O'Brien for Defendants Daven Stedke and Hume Supply, Inc.

This Court will hold an in-person Case Management and Settlement Conference on **Wednesday, January 21, 2015 at 10:00 a.m.** Counsel and the parties (or a representative of the party with authority to discuss settlement) must attend in-person. Each party will submit an ex parte letter, discussing settlement potential and identifying the party representative who will attend the Conference, to Chambers via e-mail (zouhary_chambers@ohnd.uscourts.gov) by **Friday, January 16, 2015**. If a global settlement will be discussed, then parties in the related state action shall attend in person along with legal counsel.

Defendants shall file Answers to the Complaint by **Monday, December 15, 2014**.

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                       JACK ZOUHARY
                                                       U. S. DISTRICT JUDGE

                                                       November 26, 2014